**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEVEN MARK PEREZ

                       Plaintiff,                                    22 **CIVIL** 5607 (GRJ)

            -against-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY

                    Defendant.
-------------------------------------------------------------X

It is hereby ORDERED, ADJUDGED AND DECREED:   That for the reasons set forth in the Court's Decision and Order dated July 25, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 27) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 21) is DENIED; and this case is REMANDED for further proceedings. Accordingly, this case is closed.

Dated:  New York, New York

     July 25, 2023

                                                        RUBY J. KRAJICK

                                                          Clerk of Court

                                BY:

                                                          Deputy Clerk